STATE of Missouri, Respondent,

v.

Michael BROWN, Appellant.

No. ED 81385.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 1, 2003.

William J. Swift, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Charnette D. Douglass, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

**ORDER**

PER CURIAM.

Defendant, Michael Brown, appeals from the judgment entered after a jury found him guilty of robbery in the second degree. Defendant was sentenced to nine years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).